UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SOUSA,<br><br>        Plaintiff,<br><br>   v.<br><br>C. WEGMAN, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01754-DAD-MJS (PC)<br><br>**ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS**<br><br>**FOURTEEN (14) DAY DEADLINE** |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Based on the recent filings of the parties, it appears that this case has settled. (See ECF Nos. 59-61.) Accordingly, IT IS HEREBY ORDERED that dispositional documents be filed within fourteen (14) days from the date of this order.

IT IS SO ORDERED.

Dated:   December 16, 2015           /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE