UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUSA,<br><br>            Plaintiff,<br><br>   v.<br><br>WEGMAN,<br><br>            Defendant. | No. 1:11-cv-01754-DAD-MJS<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2015, the parties filed an offer and acceptance of judgment of dismissal pursuant to Federal Rule of Civil Procedure 68. (*See* Doc. Nos. 59–61.)

Based on the foregoing, and in light of the parties' resolution of this case:

1. This case is DISMISSED with prejudice;
2. The January 19, 2016 telephonic trial confirmation hearing and the March 1, 2016 trial before this court are VACATED; and
3. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

1

Dated: **January 7, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE